# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-26-GF-BMM-JTJ |
| Plaintiff, | **ORDER** |
| vs. | |
| ADRIAN FRANK NAULT, | |
| Defendant. | |

The Court commenced a revocation hearing in this matter on March 28, 2019. The Court determined, based on its discussions with counsel, that the hearing should be continued until 2:00 p.m. on June 5, 2019. The Court informed the parties that it intended to release Defendant Adrian Nault (Nault) pending the hearing on June 5th. The Court further stated that Nault would be subject to the release conditions imposed previously.

The government urged the Court to impose one additional release condition. The government stated that Nault should be required to participate in a program for mental health treatment while on release status. Nault did not oppose the government's request.

Accordingly, IT IS HEREBY ORDERED:

1. Nault shall be released pending the revocation hearing on June 5, 2019.

2. Nault must comply with release conditions imposed in the Judgment issued on August 21, 2012. (Doc. 29).

3. Nault must also comply with the following additional release condition:

> Nault shall participate in a program for mental health treatment as deemed necessary by the United States Probation Office. Nault shall participate in the program until his probation officer releases him from the program. Nault shall pay part or all of the cost of this treatment, as determined by the United States Probation Office.

DATED this 29th day of March, 2019.

John Johnston
United States Magistrate Judge